# DRUCKMAN LAW GROUP PLLC
242 Drexel Avenue
Westbury, New York 11590
(516) 876-0800
Fax (516) 876-0888

---

June 22, 2018

Docketed to ECF on June 22, 2018

The Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York (Central Islip)
290 Federal Plaza
Central Islip, NY 11722

        **Case No: 8-17-74476-REG**
        **Debtor: Flor Liliana Dorado**
        **DLG: 37698**

Dear Honorable Grossman:

     Please allow this letter to serve as the status report in the pending Loss Mitigation pursuant to the Eastern District of New York Bankruptcy Loss Mitigation Program. Our office represents MTGLQ Investors, L.P. in the above reference case.

     On June 12, 2018, Debtor submitted the final document required for our client to review the loss mitigation package. Plaintiff requests thirty days for investor to complete review of the submitted package and issue a decision.

 Please feel free to contact our office at 516-876-0800 with any questions or concerns.

        Very truly yours,

        Druckman Law Group PLLC

        By:*/s/ Stuart L. Druckman*
        Stuart L. Druckman, Esq.
        Attorneys for Movant
        242 Drexel Avenue
        Westbury, New York 11590

CC: Elliot S. Schlissel, Esq.: schlissel.law@att.net