# SCHLISSEL DECORPO LLP

ATTORNEYS AT LAW
MAIN OFFICE: 479 MERRICK ROAD, LYNBROOK, NY 11563
PHONE: 516-561-6645 • 718-350-2802 • 631-319-8262
FAX: 516-561-6716 • EMAIL: INFO@SDNYLAW.COM

ELLIOT S. SCHLISSEL
NATHAN D. DECORPO

ANDREA E. MILLER
MICHAEL J. CIARAVINO
RONALD P. PERRY

GERALD H. GREEN
*Of Counsel*

JENNIE JOHNSON
*Office Manager*

SHERRY BALGOBIN
WILTON WIDMAN
*Law Clerks*

ANITA JURGIELSKI
ANGELA YADGAROFF
*Paralegals*

August 10, 2018

**TO CREDITORS**

RE:  **Chapter 13 Bankruptcy**
     **Debtor: Flor Liliana Dorado**
     **Case No.:  8-17-74476-reg**

Dear Sir/ Madam:

Please be advised that our office is representing the above-referenced debtor in Chapter 13 proceeding.

This letter shall serve to confirm that the Loss Mitigation hearing, currently returnable on August 13, 2018 at 9:30 am, has been adjourned to September 26, 2018 at 9:30 am.

Your consideration to this matter is greatly appreciated.

Very truly yours,

NATHAN DeCORPO

cc:  Macco & Stern
     2950 Express Drive South
     Suite 109
     Islandia, NY 11749