**DRUCKMAN LAW GROUP PLLC**
242 Drexel Avenue
Westbury, New York 11590
(516) 876-0800
Fax (516) 876-0888
_____

March 12, 2019

Docketed to ECF on March 12, 2019

The Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York (Central Islip)
290 Federal Plaza
Central Islip, NY 11722

                **Case No: 8-17-74476-REG**
                **Debtor: Flor Liliana Dorado**
                **DLG: 37698**

Dear Honorable Grossman:

    Please allow this letter to serve as the status report in the pending Loss Mitigation pursuant to the Eastern District of New York Bankruptcy Loss Mitigation Program. Our office represents SN Servicing Corporation in the above reference case.

    The borrower was offered the below terms for a Trial Modification on January 4, 2019.

| | |
|---|---|
| Down Payment | $107,232 |
| Mod Term | 480 months |
| Mod Accruing UPB | $499,000 |
| Mod Deferred Bal | $202,708 |
| Mod Interest Rate | 4.25% |
| Mod P&I | $2,164 |
| Monthly Trial Payment | $3,987.75 |

    Borrower was set to start the nine month Trial Modification on February 1, 2019, with the down payment to come from the Trustee funds. The investor wants all of the funds that the trustee is holding for this loan for the down payment.

    At this time, Plaintiff respectfully requests an adjournment to allow borrower time to accept the offer.

    Please feel free to contact our office at 516-876-0800 with any questions or concerns.

                Very truly yours,

                Druckman Law Group PLLC

                By: */s/ Stuart L. Druckman*
                Stuart L. Druckman, Esq.
                Attorneys for Movant
                242 Drexel Avenue
                Westbury, New York 11590

CC: Elliot S. Schlissel, Esq.: schlissel.law@att.net